UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Liebeler, et al.</u>

       v.                                         Case No. 03-cv-415-PB

<u>Alan Emerson Aviation, et al.</u>

<u>ORDER OF DISMISSAL</u>

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

    SO ORDERED.

June 14 , 2005                                                _____
                                                               Paul Barbadoro
                                                               United States District Judge

cc:    Counsel of Record